94–2085. Hummingbird Press, Inc. v. Cleveland. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and the same is hereby, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

94–2190. State v. Dingus. *Madison County*, No. CA92–08–018. Appellant has filed an untimely appeal of the court of appeals' decision affirming the trial court's dismissal of his petition for post-conviction relief and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

94–2195. State v. Jones. *Lucas County*, No. L–88–016. Appellant has filed an untimely appeal of the court of appeals' decision denying his application for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

*Tuesday, October 25, 1994*

## MOTION DOCKET

94–2216. Marsala v. Marsala. *Cuyahoga County*, No. 67301. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion to stay enforcement of judgment,

IT IS ORDERED by the court that the motion to stay enforcement of judgment be, and the same is hereby, denied, effective October 24, 1994.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

## MISCELLANEOUS DISMISSALS

94–234. Westlake Village, Inc. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, No. 92–A–165. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective October 24, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.